UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Edward M. Thompson, Esquire
Callaghan Thompson & Thompson, P.A.
2428 Atlantic Avenue
Atlantic City, NJ 08340
(609)348-5300
Attorney for Debtor

In Re:

**ALISSA MASCIARELLA**

Case No.: 16-28733

Adv. No.: 18-01595

Hearing Date:

Judge: JNP

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the court that Edward M. Thompson, Esquire, will be substituted as attorney of record for Anna Masciarella, defendant, in this case.

Dated: 5-1-2020

Signature of Former Attorney
BEVERLY McCALL, ESQUIRE

Dated: 5/5/20

Signature of Substituted Attorney
EDWARD M. THOMPSON, ESQUIRE